IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ARTHUR HAROLSON,

    Plaintiff,                    2:04-cv-1987-GEB-DAD-P

    vs.

KEVIN McCLURE, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 15, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. The copy of the findings and recommendations served on plaintiff at his address of record was returned as undeliverable. Although plaintiff has not filed a notice of change of address, the Clerk of the Court obtained a new address from the California Department of Corrections and re-served the findings and recommendations on plaintiff on December 27, 2005, and again on January 26, 2006. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 15, 2005, are adopted in full; and

2. This action is dismissed without prejudice for failure to state a claim upon which relief may be granted.

Dated:  March 24, 2006

>/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge